**Order entered April 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01641-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-08489**

## ORDER

We **DENY** appellee's November 14, 2013 motion to dismiss appeal.


/s/     MOLLY FRANCIS
         JUSTICE